STATE OF NEW JERSEY v. WAYNE EDWARDS.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RAMON ZURITA.

October 8, 1976. Petition for certification denied.

FAIR HOUSING COUNCIL, INCORPORATED v.
NEW JERSEY REAL ESTATE COMM.

October 19, 1976. Petition for certification denied. (See 141 *N. J. Super.* 234)

FRANK D'ASCENSIO, CITY CLERK OF NEWARK, N. J. v.
JAMES BENJAMIN.

October 19, 1976. Petition for certification denied. (See 137 *N. J. Super.* 155)

STATE OF NEW JERSEY v. RICHARD J. ROWE.

October 19, 1976. Petition for certification granted. (See 140 *N. J. Super.* 5)